# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| HEARING AID CONSULTANTS, INC., a California Corporation; AND ALEX PLOTKIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ME PIVOT HOLDING, LLC, a Minnesota limited liability company doing business as MIRACLE-EAR CENTERS also known as MIRACLE-EAR, INC., a registered Foreign Limited Liability Company; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-06263-TJH-MAR x<br><br>(Removed from the Los Angeles Superior Court Case No. 23STCV15300)<br><br>Hon. Terry J. Hatter<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS OF CASE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 664.6 [33][ JS-6]**<br><br>Complaint Filed:   June 30, 2023<br><br>Date Removed:   August 2, 2023 |

Plaintiff Alex Plotkin, and defendant ME Pivot Holdings, LLC submitted a Joint Stipulation for Dismissal of Case Pursuant to Code of Civil Procedure section 664.6 (the "Stipulation"). Upon consideration of the Stipulation, and for good cause appearing, **IT IS HEREBY ORDERED THAT**:

[ ] The dismissal of this action shall be pursuant to California Code of Civil Procedure section 664.6 and the court shall retain jurisdiction over the parties to enforce the settlement until performance in full of the terms of the settlement.

**IT IS SO ORDERED.**

Dated: NOVEMBER 5, 2024

_____
Honorable Terry J. Hatter, Jr.
United States District Judge

PROOF OF SERVICE OF DOCUMENTS

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party of this case or adversary proceeding. My business address is 11150 W. Olympic Boulevard, Suite 1120, Los Angeles, California 90064-1850.

**On September 5, 2024**, I served the foregoing document(s) described as:

- **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS OF CASE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 664.6**

On the interested parties in this action addressed as follows:

**Kristopher S. Davis, Esq.**
**Amanda Semaan, Esq.**
**Victor J. Sandoval, Esq.**
**Faegre Drinker Biddle & Reath LLP**
**1800 Century Park East, Suite 1500**
**Los Angeles, CA 90067**
kristopher.davis@faegredrinker.com
amanda.semaan@faegredrinker.com
victor.sandoval@faegredrinker.com

**(X)** **I electronically served the following document(s) with the Clerk of the Court using the Court's CM/ECF Filing System, which sent electronic notification of such filing to all parties appearing on the docket sheet.**

**(X)** **By US-Mail: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California **on September 5, 2024**.

*Marcia Quiroga*
Marcia Quiroga

-1-

**Proof of Service.**